UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-60938-Civ-Rosenbaum/Hunt

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P.
AND JOHN DOES 1-2

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntary dismisses John Does 1-2 without prejudice. John Does 1-2 have not yet answered the complaint.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    don@donyarbrough.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-60938-Civ-Rosenbaum/Hunt

CHARLOTTE E. NICHOLAS,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P.
AND JOHN DOES 1-2

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 6, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
4 Floor
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-428-5031
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF