UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 13-60938-CIV-ROSENBAUM**

CHARLOTTE E. NICHOLS,

    Plaintiff,

vs.

CAPITAL MANAGEMENT SERVICES, L.P.,
and JOHN DOES 1-2

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 21]. In this filing, the parties stipulate to the dismissal with prejudice of this case pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. Upon consideration, it is hereby **ORDERED and ADJUDGED** that the parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 21] is approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. Except as otherwise agreed, each party is to bear its own attorney's fees and costs. The Court shall retain jurisdiction for the limited purpose of enforcing the terms of the parties' settlement agreement. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 9th day of December 2013.

                                                ROBIN S. ROSENBAUM
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record